JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LYLE ABRAMS )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>LIFE INSURANCE COMPANY OF )<br>NORTH AMERICA; and DOES 1 )<br>through 10, inclusive, )<br>)<br>)<br>Defendant. )<br>———————————————————— ) | Case No.:  CV12-04974 R (JEMx)<br><br>ORDER GRANTING DISMISSAL OF<br>ACTION WITHOUT PREJUDICE |

Pursuant to the stipulation of the parties, the above entitled action is dismissed without prejudice, each party to bear their own costs, expenses and attorneys' fees.

DATED: Sept. 21, 2012

_____
Hon. Manuel L. Real
U.S. District Court Judge

Error! Unknown document property name.