JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LYLE ABRAMS | Case No.: CV12-04974 R (JEMx) |
| Plaintiff, | |
| v. | ORDER GRANTING DISMISSAL OF ACTION WITHOUT PREJUDICE |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; and DOES 1 through 10, inclusive, | |
| Defendant. | |

Pursuant to the stipulation of the parties, the above entitled action is dismissed without prejudice, each party to bear their own costs, expenses and attorneys' fees.

DATED: Sept. 21, 2012

_____
Hon. Manuel L. Real
U.S. District Court Judge